# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARNULFO FRAYRE-CASTANEDA, | No. 4:18-CV-00569 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| CRAIG A. LOWE, | |
| Respondent. | |

## ORDER

**MARCH 18, 2019**

On February 27, 2019, Magistrate Judge Martin C. Carlson recommended that this Court dismiss Arnulfo Frayre-Castaneda's Petition for a Writ of Habeas Corpus. No timely objections were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that the Report and Recommendation, ECF No. 10, is **ADOPTED**, and the Petition, ECF No. 1, is **DISMISSED**. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge